1148

No. 96–792.  KALINA v. FLETCHER.  C. A. 9th Cir.  Certiorari granted.

No. 96–738.  SALINAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted limited to Questions 2 and 3 presented by the petition.

No. 96–843.  NATIONAL CREDIT UNION ADMINISTRATION v. FIRST NATIONAL BANK & TRUST CO. ET AL.; and
No. 96–847.  AT&T FAMILY FEDERAL CREDIT UNION ET AL. v. FIRST NATIONAL BANK & TRUST CO. ET AL.  C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 90 F. 3d 525.

No. 95–1360.  WEBB ET AL., CO-EXECUTORS OF THE ESTATE OF PARSONS, DECEASED v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–2060.  HADLEY v. NORTH ARKANSAS COMMUNITY TECHNICAL COLLEGE.  C. A. 8th Cir.  Certiorari denied.

No. 96–652.  KUCHINSKAS ET AL. v. BROWARD COUNTY.  C. A. 11th Cir.  Certiorari denied.

No. 96–806.  QASGUARGIS v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 6th Cir.  Certiorari denied.

No. 96–821.  JONATHAN WOODNER CO. ET AL. v. BREEDEN ET AL.  Ct. App. D. C.  Certiorari denied.

No. 96–834.  JENSEN ET UX. v. COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–841.  UAP/GA AG CHEM., INC. ET AL. v. CHILDREE. C. A. 11th Cir.  Certiorari denied.

No. 96–873.  TSIMBIDAROS v. INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–883.  PARKER, INDIVIDUALLY AND AS NEXT FRIEND OF PARKER, ET AL. v. BOYER ET AL.  C. A. 8th Cir.  Certiorari denied.